A93A1986. TALLEY v. MATHIS et al.
(457 SE2d 715)

ANDREWS, Judge.

The Supreme Court having reversed the judgment of this court in *Talley v. Mathis,* 212 Ga. App. 330 (441 SE2d 854) (1994), that judgment is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Birdsong, P. J., and Pope, P. J., concur.*

DECIDED JUNE 1, 1995.

Motion to dismiss. Floyd Superior Court. Before Judge Salmon.

*Jones, Byington, Durham & Payne, Frank H. Jones, Davis, Gregory, Christy & Forehand, Hardy Gregory, Jr.,* for appellant.

*Brinson, Askew, Berry, Seigler, Richardson & Davis, C. King Askew, Mark M. J. Webb, Shaw, Maddox, Graham, Monk & Boling, C. Wade Monk II, Smith, Price & Wright, S. David Smith, Jr.,* for appellees.